JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES KNIGHT,<br><br>        Petitioner,<br><br>    v.<br><br>T. ALLEN, Warden,<br><br>        Respondent. | Case No. CV 23-3777-PA (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the order accepting the Magistrate Judge's Report and Recommendation,

    Judgment is entered in Respondent's favor and this action is dismissed with prejudice.

DATED: January 11, 2024           _____
                                              PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE